**Order entered January 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00849-CR

### DOMINIQUE RASHAD FRAZIER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F18-70781-I

## ORDER

Before the Court is appellant's December 30, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before January 29, 2020. Appellant is cautioned that further extension requests are disfavored.

/s/    CORY L. CARLYLE
         JUSTICE